**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Cudner & O'Connor Co.
                Plaintiff,

v.                                          Case No.: 1:05−cv−04736
                                               Honorable Harry D. Leinenweber

Sun Chemical Corporation
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 8, 2006:

      MINUTE entry before Judge Harry D. Leinenweber :This case is voluntarily dismissed by agreement, pursuant to Rule 41(a)(1)(ii) with prejudice. Status hearing stricken. Civil case terminated.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.